UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAVAS MERT,<br><br>                    Plaintiff,<br><br>        -v.-<br><br>MYKONIAN HOUSE LLC, *doing business as* MYKONIAN HOUSE; GREGORY POLITIS; ALINA BORYS-SZEWCZYK,<br><br>                    Defendants. | 25 Civ. 3300 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 22, 2025, the Court was informed that the parties have reached a settlement in this case. (Dkt. #18). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **August 25, 2025**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

    SO ORDERED.

Dated:   July 23, 2025
         New York, New York

                                                    *Katherine Polk Failla*
                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge