UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAVAS MERT,<br><br>        *Plaintiff*,<br><br> v.<br><br>MYKONIAN HOUSE LLC d/b/a MYKONIAN HOUSE, GREGORY POLITIS, and ALINA BORYS-SZEWCZYK,<br><br>        *Defendants*. | Case No.: 1:25-cv-03300-KPF<br><br>**NOTICE** |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Savas Mert ("Mr. Mert") hereby files the Offer of Judgment (the "Offer") served by Defendants Mykonian House LLC d/b/a Mykonian House, Gregory Politis, and Alina Borys-Szewczyk (collectively "Defendants") on August 25, 2025, attached hereto as Exhibit A, and Mr. Mert's written notice accepting the Offer along with affirmation of service, attached hereto as Exhibit B.  Accordingly, Mr. Mert hereby requests, pursuant to Rule 68 and the terms of the Offer, that the Court's clerk enter judgment.

Dated: New York, New York
    August 25, 2025

                    **PRYOR CASHMAN LLP**

                    By:_____
                      Joshua Zuckerberg
                      Jacob B. Orgel
                  7 Times Square
                  New York, New York 10036
                  (212) 421-4100
                  jzuckerberg@pryorcashman.com
                  jorgel@pryorcashman.com
                  *Attorneys for Plaintiff Savas Mert*