UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAVAS MERT,<br><br>                              *Plaintiff*,<br><br>     v.<br><br>MYKONIAN HOUSE LLC d/b/a MYKONIAN HOUSE, GREGORY POLITIS, and ALINA BORYS-SZEWCZYK,<br><br>                              *Defendants*. | Case No.: 1:25-cv-03300-KPF<br><br>**JUDGMENT** |

WHEREAS Defendants Mykonian House LLC d/b/a Mykonian House, Gregory Politis, and Alina Borys-Szewczyk (collectively, "Defendants") offered to allow judgment to be taken against them, according to the terms set forth in Defendants' Rule 68(a) Offer of Judgment (the "Offer"), dated August 25, 2025; and

WHEREAS Plaintiff Savas Mert ("Mr. Mert") accepted Defendants' Offer on August 25, 2025; it is hereby

ORDERED, ADJUDGED, AND DECREED that Mr. Mert is entitled to a gross sum of Forty-Five Thousand Dollars and Zero Cents ($45,000.00), inclusive of all of Mr. Mert's claims for relief and damages in this action and his attorney's fees, costs, and expenses. Defendants are jointly and severally liable for remitting payment to Mr. Mert in accordance with the Offer.

The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York

   August 26, 2025                    SO ORDERED:

                                      By: _____
                                          Hon. Katherine Polk Failla
                                          United States District Judge